FILED

MAY 3 0 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

**Attachment 2 - EEOC Complaint Form**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO _____ DIVISION

Magnolia E. Doerr _____

_____

_____
(Name of plaintiff or plaintiffs)

Civil Action Number: **W18CA149**

v.

Texas Department of Criminal Justice _____

(Supplied by Clerk's Office)

_____

_____
(Name of defendant or defendants)

## COMPLAINT

1.　　This action is brought by Magnolia Doerr _____, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ ✓ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)   Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ✓ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ✓ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[   ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[   ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2.　　Defendant Texas Department of Criminal Justice _____ (Defendant's name), lives at, or its business is located at 1500 State School Road, Gatesville, TX (street address), 1500 State School Road (city), Gatesville 76598 (state), Texas (zip). 76598

28

3a.     Plaintiff sought employment from the defendant or was employed by the defendant
        at _1500 State School Road_____(street address),
        (city), _Galesville____(state), ___TX_____(zip). _76598_

3b.     At all relevant times of claim of discrimination, Defendant employed __100___
        (#) employees.   If defendant is a union, at all relevant times of claim of
        discrimination, Defendant had _____ (#) members.

4.      Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of
        this complaint on or about __October_____(month) _23___(day) _2017_
        (year).   If incidents of discrimination occurred more than one day, please indicate
        the beginning and ending dates of such acts: _November 2014 To November
        29, 2017_

5.      Plaintiff filed charges against the defendant with the Equal Employment
        Opportunity Commission (E.E.O.C.) charging defendant with the acts of
        discrimination indicated in paragraph 7 of this complaint on or about _March_
        (month) ____1____(day) _2018_(year).   (Not applicable to federal
        civil service employees).

6a.     The E.E.O.C. issued a Notice of Right to Sue which was received by plaintiff on .
        (month) __March___(day) __1, 2018_(year).   (Not applicable to
        ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**         **PLEASE ATTACH A COPY OF YOUR NOTICE OF
                                 RIGHT TO SUE AND THE ENVELOPE IN WHICH
                                 IT WAS RECEIVED TO THIS COMPLAINT.**

6b.     Please indicate below if the E.E.O.C issued a **Determination** in your case:

        [✓] Yes
        [ ] No

**VERY IMPORTANT NOTE:**         **IF YOU CHECKED "YES", PLEASE ATTACH A
                                 COPY OF THE E.E.O.C.'S DETERMINATION TO
                                 THIS COMPLAINT**

7.      Because of plaintiff's:

                         **(Please select the applicable allegation(s))**

        [✓]  Race (If applicable, state race) _____Asian_____

        [ ]  Color (If applicable, state color) _____

[  ]   Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[  ]   Religion (If applicable, state religion) _____

[✓]   National Origin (If applicable, state national origin) __Filipino__

[✓]   Age (If applicable, state date of birth) __12/28/1969__

[✓]   Disability (If applicable, state disability) __Service connected PTSD__

[  ]   Prior complaint of discrimination or opposition to acts of discrimination.
(Retaliation) (If applicable, explain events of retaliation) I was threatened to be sent
to prism for committing P.D. 22 - federal fraud. On March 16, 2016
reason was missing work days for training with the
military.

The defendant: (please select all that apply)

[  ]   failed to employ plaintiff.

[✓]   terminated plaintiff's employment.

[  ]   failed to promote plaintiff.

[✓]   harassed plaintiff.

[✓]   other (specify) __refusal/denial of transfer request.__

8a.      State **specifically** the circumstances under which defendant, its agent, or employees
discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**      INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>,
AND ANY <u>SPECIFIC COMMENTS</u> MADE BY
DEFENDANT PERTAINING TO THE
DISCRIMINATION CLAIM ALLEGED ABOVE.

__please see attached documents__

8b.      List any **witnesses** who would testify for plaintiff to support plaintiff's allegations
and the substance of their testimony:

__please see attached documents__

8c.      List any **documentation** that would support plaintiff's allegations and explain what
the documents will prove:

__please see attached documents__

8b. Witnesses — page 3 of Attachment 1 — Civil Complaint

1. Elizabeth Babic — explained in 8a attachment
2. Elizabeth Valenzuela — explained in 8a attachment.
3. Valencia Williams — she believed me on 16 March 2016 because she was told by Carmen Currett
4. Tracey Root —
5. Mary Brown —
6. Atty. Sophia Palat — email
7. Atty. Regina Andrews — email
8. Atty. Brian East — email
9. Ruth Lopez — who suggested me to make appointment at EEOC for constructive discharge complaint.

8c. Charge of Discrimination from EEOC Dallas by Karen Heard. It will prove my complaints about Title VII Civil Rights Act of 1964. I have also documents here with me from unemployment Insurance, but From Unemployment these in the later dates I will Furnish or in the Future if requested.

89. page 30 of Attachment 1 - Civil Complaint

1. Barbara Rhudy - harassment; sometime in November 2014, she said she is watching me because she had 9 snitches (inmates that will tell her about my performance), this was over the phone I confided it to Catherine Mwangi the same night and Mary Elizabeth Valenzuela. ~~~This incid~~~ event happened at D1 dorm. On or around 16 January 2015, she screamed at me and call me stupid idiot, and threatened me she will fire me because of my stupidity coming to work having foot surgery. Elizabeth Babic told me that she heard her screaming at me like that. Around mid-week of June 15 - or 16, 2015, she refused to give me training because I'm old enough to know. I reasoned out, that she gave Catherine Mwangi briefing/training, at the same dorm at the youth cell in B3. She send SGT. Swell to correct me because I screwed up according to her. Elizabeth Valenzuela called me over the phone when she funny Barbara Rhudy did not responded my call over the radio for the briefing. Many events (specific dates) to follow in the future.

2. Deborah Webb - told me over the phone that she can fire me and told me, I'm dumm, stupid, idiot Filipino to listen carefully in front of my dying mother.
— over please —

②

in front of these witnesses David (1) Jeffrey Cayetuna, and in front of my niece Fatima Godinez, on or around July 2015 (exact date will be given in a later date) this was reported by Major Scott in the same day because Deborah Webb transferred my call to the major before Ms. Webb will recommend my termination because of me being dummy and stupid. Major Scott told me that she noted it because I And suggested her to talk to my mothers doctor over the phone because my mother starts to have a problems breathing after she heard Ms. Webb over the phone. Major Scott said it is alright and she will acknowledge that I was telling her the truth. Meaning she refuses to talk to Dr Cayetuna over the phone because she believe me and she is rejecting the reported complaint.

3. On March 16, 2016 or that was 18 March specific date will be given later. Carmen Garrett and Major Holmes harrassed me for more than an hour close to 2 hours

③ P.D. 22-

threatened to sign a violation &
Federal Fraud statement, that I fake
a federal documents claiming a paid
military leave. Both person threatened
me that I will be sent to jail or
prison y I won't sign the documents
because, I miss days of work going to
train with the military un-approved.
Meaning I was not approved to train
with the military (all of these are
lies) witnessed by Denise Erickson.
I highly believe, I was retaliated
because I knew of a violation
that these three person has commi-
tted. I believe they have done
these to stop me from whatever
I may complain. I went to report
these incident r event at EEOC
Dallas m the 17 or 18 March 2016,
but EEOC rejected my complain
to the reason that there is no
evidence showing discrimination r
retaliation. ~~I there me~~

— over please —

(4)

I reported these incident to the
assistant Warden Celia Sellers on the
18 March 2016.

(4) Celia Sellers - told me to go home and
can't come back to work m 23
October 2018 because I was
hallucinating from the medica-
tion that Department of Veterans
Affairs Hospital prescribe me.
I have to be cleared by my primary
care doctor before I can go back
to work. VA doctor can not clear
me out because of the policy they
Follow especially to an armed
worker like me. On this night,
I was not given specific instruction
on what to do. In fact I was ins-
tructed to go home and don't
make any calls because we pflays
call you when can you so back
to work. I had Faxed them
everything I have from the
doctor and nobody called me.
Lt. Brenda Henry witnessed these
and I was told she was a new
Lieutenant and knows nothing and
they expect me to know everything

Page 5

Ⓑ Karen Woody - HR Officer - 29 November 2018. She called me on that day and told me we discussed my military leave and advised me to turn in all government issues, uniform and ID and told I have to sign resignation or else I am not gonna get payment from unemployment benefits if I won't sign and it will look bad on my employment record. After I signed, she told that I really do not understand, she told me. I really don't get it. Meaning she denied everything she tell me or assured me about my employment record and unemployment insurance benefit. For me it was an insult that I really am a dummy. I was very upset that she

tricked me and making me feel
an idiot, so I called a lawyer
on that day. I spoke to Atty.
Sophia Palat aSout what just
happened, what I was told by
Karen Wooky that day.
(I have a written statement/
journale from the day I started
working until the day I signed
the resignation) to be furnished
later). or upon request

9.   The above acts or omissions set forth in paragraphs 7 and 8 are:

[✓]   still being committed by defendant. *presently coming from*
[  ]   no longer being committed by defendant.

*Trade point the*
*said to be*
*noted to be*
*taken to*
*court.*

10.   Plaintiff should attach to this complaint a copy of the charge filed with the Equal
Employment Opportunity Commission.   This charge is submitted as a brief
statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[   ] Defendant be directed to employ plaintiff.

[   ] Defendant be directed to re-employ plaintiff.

[   ] Defendant be directed to promote plaintiff.

[✓] Defendant be directed to *answer charges in court*
and that the Court grant such other relief as may be appropriate, including injunctive
orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of
perjury that the foregoing is true and correct.

30 May 2018
_____
Date

_____
Signature of Plaintiff

99 Mary Jane Circle
_____
Address of Plaintiff

Copperas Cove, TX 76522
_____
City            State            Zip Code

Telephone Number(s)   254-290-5710

email: maggie_doerr@yaho.com

31

Rev. Ed. October 26, 2017

W18CA149

**Attachment 7 - Civil Cover Sheet & Instructions**

JS 44 (Rev. 06/17)

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Magnolia E. Doerr | |
| **(b)** County of Residence of First Listed Plaintiff  Coryell | County of Residence of First Listed Defendant  Coryell |
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity  *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☑ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☑ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☑ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☑ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☑ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII Civil Rights Act 1964, ADA Act of 1990, Section 704 of Title VII.

Brief description of cause:
On 11/29/2014, I was forced to resign from my position as Correctional Officer.

**VII. REQUESTED IN COMPLAINT:**

☑ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

45

Rev. Ed. October 26, 2017

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 450-2018-02249 |

Texas Workforce Commission Civil Rights Division                     and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Magnolia E Doerr | (254) 290-5710 | 1969 |

| Street Address | City, State and ZIP Code |
|---|---|
| 99 Mary Jane Circle, COPPERAS, TX 76522 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | | (254) 865-8901 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1500 State School Road, GATESVILLE, TX 76598 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate boxes.)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 11-29-2017 | 11-29-2017 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

PERSONAL HARM:On November 29, 2017, I was forced to resign from my position as Corrections Officer.RESPONDENT'S REASON FOR ADVERSE ACTION:No reason given. DISCRIMINATION STATEMENT:I believe I have been discriminated against because of my race, Asian and my national origin, Filipino in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990. I also believe I have been discriminated against because of my age, 48 in violation of the Age Discrimination in Employment Act of 1967. I further believe I have been retaliated against in violation of Section 704 (a) of Title VII.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Digitally signed by Magnolia Doerr on 03-01-2018 12:15 PM EST | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  Magnolia E. Doerr<br>99 Mary Jane Circle<br>Copperas, TX 76522 | From:  Dallas District Office<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2018-02249 | Karen C. Heard,<br>Investigator | (214) 253-2873 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Belinda F. McCallister,**
**District Director**

3/1/18
(Date Mailed)

Enclosures(s)

cc

Shelly Eve
Director of Employee Relations
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
2 Financial Plaza
Suite 600
Huntsville, TX 77340

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):**   The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at** http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

> **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

> In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities"** now include the operation of major bodily functions, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

> **Only one** major life activity need be substantially limited.

> With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

> An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**

> An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage:**

> An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

> "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

> The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

> A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note:  Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment.  Beyond the initial pleading stage, some courts will require specific evidence to establish disability.*  For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.